**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-80222-ROSENBERG/REINHART**

UNITED STATES OF AMERICA

v.

DESMOND SYLVESTER,
a/k/a "Isaac Bryan,"

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ON MOTION TO DISMISS INDICTMENT**

This matter comes before the Court on the Motion of Defendant, Desmond Sylvester, to dismiss the Indictment against him. DE 33. The Government filed Responses to the Motion at docket entries 43 and 51, and Defendant filed a Reply. DE 58. The Honorable Bruce E. Reinhart issued a Report and Recommendation, followed by an Amended[1] Report and Recommendation, recommending that Defendant's Motion be denied. DE 70. Defendant filed Objections to the Report and Recommendation, DE 68, and the Motion is ripe for review.

The Court has conducted a de novo review of the Amended Report and Recommendation, the parties' briefing on the Motion, Defendant's Objections, and the record, and is fully advised in the premises. Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation. Therefore, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Amended Report and Recommendation, [DE 70], is **ADOPTED**.

---

[1] The Amended Report and Recommendation simply corrects a typographical error in the first sentence. DE 70.

2. Defendant's Objections, [DE 68], are **OVERRULED**.

3. Defendant's Motion to Dismiss Indictment, [DE 33], is **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 18th day of July, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record